**KAPLAN GILMAN GIBSON & DERNIER LLP**
900 Route 9 North
Woodbridge, New Jersey 07095
Tel. (732) 634-7634
Timothy X. Gibson (TG 6800)

RECEIVED
MAR 17 2006
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWSPRING INDUSTRIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GROUP W INC., THE WALCO ORGANIZATION, INC., LAWRENCE E. WALTER and DANIEL D. ZABO,<br><br>Defendants. | **STIPULATION**<br><br>CIVIL ACTION NO.<br>06-0343 (JAG)(MCA) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties set forth herein in this action, that Defendants Group, W Inc., The Walco Organization, Inc., Lawrence E. Walter and Daniel D. Zabo's time to answer or otherwise move with respect to the Complaint is hereby extended to and including March 24, 2006.

Dated: March 17, 2006

_____
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
A Professional Corporation
By: Sheila F. McShane (SFM 6051)
Attorneys for Plaintiff
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

_____
KAPLAN GILMAN GIBSON &
DERNIER LLP
By: Timothy X. Gibson (TG 6800)
Attorneys for Defendants
900 Route 9 North
Woodbridge, New Jersey 07095
(732) 634-7634

_____
SO ORDERED
Hon. Madeline Cox Arleo