David E. De Lorenzi [DED-2692]
Michael Cukor [MC-0753]
Sheila F. McShane [SFM-6051]
Robert M. Fuhrer (*admitted pro hac vice*)
**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
973-596-4500
Attorneys for Plaintiff
Newspring Industrial Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWSPRING INDUSTRIAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GROUP W INC., THE WALCO ORGANIZATION, INC., LAWRENCE E. WALTER and DANIEL D. ZABO, <br><br> Defendants. | CIVIL ACTION NO.: 06-343 (JAG) (MCA) <br><br><br> **STIPULATION OF DISMISSAL** <br><br> CLOSED |

**WHEREAS**, plaintiff Newspring Industrial Corporation and defendants, Group W Inc., The Walco Organization, Inc., Lawrence E. Walter and Daniel D. Zabo, by and through their respective counsel, have consented to the dismissal with prejudice of the above-captioned action, and for other good cause shown;

**IT IS** on this 20th day of April 2006;

**ORDERED** that this action is hereby dismissed with prejudice; and it is further

**ORDERED** that each side shall bear their own costs and legal fees; and it is further

#1075672 v1
060464-56318

**ORDERED** that this Court shall retain jurisdiction to enforce the parties' respective rights and obligations under the Consent Judgment entered contemporaneously herewith.

We hereby consent to the form
and entry of this Stipulation
of Dismissal.

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
Attorneys for Plaintiff Newspring
Industrial Corp.

By: _____
    **DAVID E. DE LORENZI**

Dated: April 6, 2006

**GOTTLIEB, RACKMAN & REISMAN, P.C.**
Attorneys for Defendants Group W Inc.,
The Walco Organization, Inc., Lawrence E. Walter
and Daniel D. Zabo

By: _____
    **STEVEN STERN**

Dated: April 6, 2006

SO ORDERED:
_____
**JOSEPH A. GREENAWAY, JR., U.S.D.J.**